UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HENRY SZADZIEWICZ,                ) Case No. CV 09-7576-DOC(RC)
                                  )
                Petitioner,       ) ORDER ADOPTING FINAL REPORT AND
                                  ) RECOMMENDATION OF UNITED STATES
vs.                               ) MAGISTRATE JUDGE AND ORDER DENYING
                                  ) CERTIFICATE OF APPEALABILITY
J.F. SALAZAR, WARDEN,             )
                                  )
                Respondent.       )
_____   )

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
Petition and other papers along with the attached Final Report and
Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
and has made a de novo determination.


     IT IS ORDERED that (1) the Final Report and Recommendation is
approved and adopted; (2) the Final Report and Recommendation is
adopted as the findings of fact and conclusions of law herein; and (3)
Judgment shall be entered dismissing the petition and the action as
untimely.

//

//

1    This Court finds that the appeal is not taken in good faith, and
2    that petitioner has not made a substantial showing that he has been
3    denied a constitutional right and that this Court was not correct in
4    its statute of limitations ruling, for the reasons set forth in the
5    Report and Recommendation, and accordingly, a certificate of
6    appealability should not issue under 28 U.S.C. § 2253(c)(2) and Fed.
7    R. App. P. 22(b).  Slack v. McDaniel, 529 U.S. 473, 483, 120 S. Ct.
8    1595, 1604, 146 L. Ed. 2d 542 (2000); Manning v. Foster, 224 F.3d
9    1129, 1132 (9th Cir. 2000).

10

11    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
12    Order, the Magistrate Judge's Final Report and Recommendation and
13    Judgment by the United States mail on petitioner.

14

15    DATED:   July 26, 2010

16

17                                    DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE
18

19

20

21    R&Rs\09-7576.ado3
      7/19/10
22

23

24

25

26

27

28